FILED

06/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0682

_____

JACK KRAMER and KEN KRAMER, individually and
on behalf of all others similarly situated,

Plaintiffs and Appellees,

v.

FERGUS FARM MUTUAL INSURANCE COMPANY,

Defendant and Appellant.

_____

**ORDER GRANTING PARTIES' REQUEST FOR FERGUS FARM
MUTUAL INSURANCE COMPANY TO AMEND AND REFILE ITS
REPLY BRIEF**

_____

Upon consideration of the Stipulation to Amend and Refile Fergus Farm

Mutual Insurance Company's Reply Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted permission to amend

and refile its reply brief as Appellant's Amended Reply Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 18 2020